W. PURVES TAYLOR, Respondent, v. M. J. FRANK & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD R. BURT and Another, Appellants, v. ALBERT C. SCHWARZ, JR., Respondent.— In view of the fact that a speedy trial of this action may be had, and without expressing any opinion on the ultimate merits, the orders appealed from are affirmed as a matter of discretion, with ten dollars costs and disbursements. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAVERIO AGNELLI, Appellant, v. VICTOR GAYDA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.